UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSALIND McKINNIE                              JURY TRIAL DEMANDED

v.                                             CASE NO.  3:14CV

CAPITAL MANAGEMENT SERVICES, LP
GALAXY ASSET PURCHASING, LLC

## COMPLAINT

1. This is an action for relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331, §1367.

3. Plaintiff is an individual whose address is in New Haven Connecticut, according to defendant's records.

4. Plaintiff is a consumer within the meaning of the FDCPA, in that she long ago had a personal credit card account with GMAC used for normal family purchases that defendants claimed they were authorized to collect.

5. Defendant Galaxy buys consumer debt for pennies on the dollar with the intention of collecting thereon.

6. Galaxy purported to have bought plaintiff's GMAC account and thereafter engaged in direct or indirect collection efforts.

7. Galaxy engaged Capital Management, a licensed Connecticut Consumer Collection Agency, to collect on its behalf.

8. Galaxy participated in drafting Capital Management's form collection letters, or adopted, ratified and approved their use.

9. Galaxy is licensed as a Consumer Collection Agency (debt buyer) by the

Banking Department of the State of Connecticut.

10. Each Defendant regularly attempts to collect debts, directly or indirectly, using the mail and other means of interstate commerce.

11. Defendants' form letter of Nov. 23, 2013 sent to plaintiff claimed that interest, late fees, and other charges may be added to her GMAC credit card account.

12. As of January 23, 2014, no interest, late fees, or other charges had been added.

13. No late fees could have been added, since no payments were due.

14. Both letters offered "to accept less than the full balance due as [a] settlement."

15. The GMAC account was well beyond the contractually applicable statute of limitations, which defendants did not disclose in their mailings to plaintiff.

16. In the course of the collection, defendants violated §1692e, or -f.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
   123 Avon Street
   New Haven, CT 06511-2422
   (203) 772-0395
   j.faulkner@snet.net

2